■ STATE OF NEW YORK ex rel. ROBERT RAY v WARDEN.—Motion for reversal of denial of application for writ of habeas corpus and reasonable bail denied, without prejudice to renewal on papers that indicate what bail defendant would propose and terms and conditions thereof. Concur—Sullivan, J. P., Wallach, Kupferman, Asch and Kassal, JJ.

■ PEOPLE ex rel. SCHWARTZ, on Behalf of DOMINGO RODRIGUEZ, v SIELAFF.—Motion for reversal of dismissal of writ of habeas corpus and other relief denied. Concur—Carro, J. P., Rosenberger, Ellerin, Kupferman and Ross, JJ.